IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE CARLTON DAVIS, III,

    Plaintiff,

v.

    :  CIVIL ACTION NO.
    :  1:13-CV-04285-LMM

JIM HOLLEY DANIELS, JR., *et al.*,

    Defendants.

## ORDER

On August 18, 2016, Defendant Janice H. Daniels filed a Notice of Bankruptcy [134], alerting the Court that it filed a Voluntary Chapter 7 Petition on August 12, 2016, in the United States Bankruptcy Court for the Western District of Kentucky. On August 26, 2016, this Court entered an Order staying the case as to Janice Daniels, pursuant to 11 U.S.C. § 362 [137]. The remaining parties were directed to notify the Court as to their respective positions regarding whether the parties wanted to move forward with filing a pretrial order or if the parties wanted to request this case be stayed pending the outcome of the bankruptcy action.

Plaintiff's unopposed request, contained within his Notice to the Court [138], to stay the case pending the outcome of the bankruptcy action is **GRANTED.** This action is **STAYED** and **ADMINISTRATIVELY CLOSED**.

Upon resolution of the bankruptcy proceedings, any party may move to lift the stay and reopen this civil action.

**IT IS SO ORDERED** this 8th day of September, 2016.

_____
Leigh Martin May
United States District Judge