IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGE CARLTON DAVIS, III, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | |
| v. | ) | No.: 1:13-cv-04285-LMM |
| | ) | |
| JIM HOLLEY DANIELS, JR. and JANICE H. DANIELS, | ) ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this civil action, by and through their counsel of record, hereby file this Stipulation of Dismissal with Prejudice authorizing and directing the Clerk of Court to mark the above-styled action "Dismissed With Prejudice" upon the docket and records of the Court.

SO STIPULATED this 1st day of August, 2018.

**AUSTIN & SPARKS, P.C.**

*s/ John T. Sparks, Sr.*
Georgia State Bar No. 669575
Attorneys for Plaintiff

2974 Lookout Place, N.E., Suite 200
Atlanta, Georgia 30305
404-869-0100 / 404-869-200 (fax)
jsparks@austinsparks.com

1

Stipulated to by:

                                KING, YAKLIN & WILKINS, LLP

                                *s/ Matthew M. Wilkins*
                                Georgia State Bar No. 142291
                                Attorneys for Defendants

192 Anderson Street, Suite 125
Marietta, GA  30060
770-424-9235
mwilkins@kingyaklin.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with a copy of the Stipulation of Dismissal With Prejudice by email through the Court's EFS system.

Matthew M. Wilkins, Esq. – mwilkins@kingyaklin.com

This is to also certify that pursuant to LR 7.1.D, the Plaintiff's counsel certifies that this document was prepared in Times New Roman 14 point and complies with LR 5.1.B.

This 1st day of August, 2018.

                                AUSTIN & SPARKS, P.C.

                                By:    s/ John T. Sparks, Sr.
                                          Georgia Bar No. 669575